## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RANZHIN KHAIDAPOV, | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAM BONDI, Attorney General | ) | |
| of the United States; | ) | |
| KRISTI NOEM, Secretary of the | ) | |
| Department of Homeland Security; | ) | No. 26-cv-01739 |
| TODD M. LYONS, Acting Director | ) | |
| of U.S. Immigration and | ) | |
| Customs Enforcement; | ) | |
| U.S. IMMIGRATION AND | ) | Hon. Gabriel A. Fuentes |
| CUSTOMS ENFORCEMENT; and | ) | |
| SAMUEL OLSEN, Field Office Director, | ) | |
| ICE Enforcement and Removal | ) | |
| Operations, Chicago Field Office, | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO PREVENT TRANSFER OUTSIDE NDIL AND TO REQUIRE AN EXPEDITED INA § 236(a) BOND HEARING

Petitioner, by counsel, respectfully moves for an emergency Temporary Restraining Order ("TRO") and Preliminary Injunction to (1) prevent ICE from transferring Petitioner out of the Northern District of Illinois (including from the Broadview detention facility) during the pendency of this habeas action; and (2)

1

require ICE to provide Petitioner an expedited custody redetermination / bond hearing under INA § 236(a). In support, Petitioner states as follows:

## I. INTRODUCTION

1.      ICE took Petitioner into custody on February 17, 2026 at a routine reporting appointment and detained him at the Broadview detention facility.

2.      ICE has provided no individualized custody determination identifying any change in circumstances, flight risk, or danger. ICE did not detain Petitioner's wife or 13-year-old daughter.

3.      Without emergency relief, ICE may transfer Petitioner outside this District, irreparably impairing access to counsel and this Court's ability to provide meaningful habeas relief.   Plaintiff/petitioner filed the instant petition for writ of habeas corpus alleging that he is being unlawfully detained because respondents will not provide him a bond hearing, as required under 8 U.S.C. § 1226(a).

4.      Emergency relief is also necessary to require prompt process: Petitioner seeks an expedited bond hearing under INA § 236(a), or in the alternative release on appropriate conditions.

## II. FACTS

5.      Petitioner was paroled into the United States, has no criminal record, has complied with all ICE reporting requirements, and has a pending application with USCIS.  Attached hereto and made a part hereof a "Exhibit A" is a copy of

2

DHS/ICE release (excised after the results of a FOIA request) order, paroling him into the United States under 8 C.F.R. § 212(d)(5), and deeming him not a flight risk or danger to the community.

6. Petitioner is the primary financial provider for his wife and minor child and was working full time pursuant to DHS authorization prior to ICE detention.

## III. LEGAL STANDARD

7.     A preliminary injunction requires the movant to show likelihood of success on the merits, likelihood of irreparable harm absent relief, that the balance of equities favors relief, and that an injunction is in the public interest. *Winter v. Natural Resources Defense Council, Inc.,* 555 U.S. 7 (2008).

8.     The Seventh Circuit recognizes irreparable harm and equitable necessity as core requirements for preliminary relief and reverses denials where irreparable harm is shown and the other factors support relief. *Girl Scouts of Manitou Council, Inc. v. Girl Scouts of the United States of America, Inc.,* 549 F.3d 1079 (7th Cir. 2008) (citing *Meridian Mut. Ins.,* 128 F.3d at 1120; *Gateway E. Ry. Co. v. Terminal R.R. Ass'n of St. Louis*, 35 F.3d 1134, 1140 (7th Cir.1994); and *Reinders Bros., Inc. v. Rain Bird E. Sales Corp.,* 627 F.2d 44, 53 (7th Cir.1980)).

## IV. ARGUMENT

**A. Petitioner is likely to succeed on the merits with regard to his custody determination based upon identical facts and district court orders granting similar habeas actions within this district.**

3

9.     As set forth in the Petition/Complaint, ICE's anticipated reliance on INA §

235(b) and "applicant for admission" labeling is an unlawful misclassification on

these facts and posture, particularly where § 235(b)(2)(A) detention is "for a

proceeding under section 240" and ICE has not shown that predicate here.

10.     Supreme Court authority confirms that constitutional detention challenges

remain available in habeas even where statutory detention provisions are invoked.

*Jennings v. Rodriguez*, 583 U.S. 281 (2018).

11.     Habeas under 28 U.S.C. § 2241 is available to challenge unlawful

immigration detention. *Zadvydas v. Davis*, 533 U.S. 678 (2001).

12.     Courts in this District have ordered a § 1226(a) bond hearing in habeas

where the government argued detention was under § 1225(b)(2)(A), and have

imposed interim restrictions preventing removal and transfer outside the region

while habeas is pending. *See Garcia Pacheco v. Olson*, No. 25 C 13405 (N.D. Ill.

Nov. 25, 2025) (ordering § 1226(a) bond hearing; temporary restrictions on

removal and movement outside Illinois/Indiana/Wisconsin).

**B. Petitioner will suffer irreparable harm without emergency relief.**

13.     Petitioner is presently deprived of liberty and is prevented from working; his

wife and minor child lose their primary support and caretaking.

14.     Transfer outside this District would irreparably harm Petitioner's ability to consult with counsel and would risk undermining this Court's ability to provide prompt and effective habeas relief.

C. The balance of equities and public interest favor relief.

15.     The government suffers no cognizable harm from maintaining the status quo, and keeping Petitioner detained in Broadview within this District while this Court adjudicates the habeas petition.

16.     The public interest favors compliance with constitutional due process and lawful custody procedures and favors ensuring access to courts and counsel.

**V. REQUESTED RELIEF**

**WHEREFORE**, Petitioner respectfully requests that the Court enter an Order:

A.      Temporarily restraining and preliminarily enjoining Respondents, their agents, and anyone acting in concert with them from transferring Petitioner out of the Northern District of Illinois, including from the Broadview detention facility, during the pendency of this action;

B.      Ordering Respondents to provide Petitioner an expedited custody redetermination / bond hearing under INA § 236(a) (8 U.S.C. § 1226(a)) before an Immigration Judge, on the earliest schedule the Immigration Court can accommodate, or alternatively ordering Petitioner's release on appropriate conditions;

C.      Granting such other and further relief as the Court deems just and proper.

5

Respectfully submitted,

/s/*Christopher W. Helt, Esq.*
Attorney for Plaintiff/Petitioner,
Ranzhin Khaidapov

Dated: February 17, 2026

The Helt Law Group, LLC.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
(312) 266-0531
No. 06220675

# "EXHIBIT A"



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## ALIEN INITIAL HEALTH INTERVIEW QUESTIONNAIRE

### ALIEN INFORMATION

| Alien's Name (Last, First, MI) | | | | | A-Number (if any) |
|---|---|---|---|---|---|
| KHAIDAPOV, RANZHIN | | | | | 246255136 |

| Age | Date of Birth | Gender | Country of Citizenship | |
|---|---|---|---|---|
| 35 | 03/01/1987 | M | RUSSI | |

Agent/Officer Name (Last, First, MI) (b)(7)(c) (b)(6)

Event Number: YUS2312000513

Agent/Officer: Are you able to communicate with the Alien? ☒ Yes ☐ No

Date Completed: 12/09/2022

### ALIEN HEALTH BACKGROUND

| | ALIEN RESPONSE | | AGENT/OFFICER OBSERVATION |
|---|---|---|---|
| | Yes | No | Additional detail as appropriate |
| 1. Do you have a history of or current medical or mental health issues? | ☐ | ☒ | |
| 2. Are you taking any prescription medications? If yes, do you have it with you? | ☐ | ☒ | |
| 3. Do you have any allergies? (e.g. food, medicine) | ☐ | ☒ | |
| 4. Are you a drug user? | ☐ | ☒ | |

### FEMALES ONLY

| | Yes | No | |
|---|---|---|---|
| 5. Are you pregnant? If yes, how many months? | ☐ | ☐ | |
| 6. Are you nursing? | ☐ | ☐ | |

### ALIEN HEALTH INTERVIEW

| If answered or observed "Yes" to any of the health interview questions below, then refer for a medical assessment. | ALIEN RESPONSE | | AGENT/OFFICER OBSERVATION |
|---|---|---|---|
| | Yes | No | Additional detail as appropriate |
| 7. Are you currently ill or injured or do you have significant pain? | ☐ | ☒ | |
| 8. Do you have a skin rash? | ☐ | ☒ | |
| 9. Do you have a contagious disease? | ☐ | ☒ | |
| 10. Are you thinking about hurting yourself or others? | ☐ | ☒ | |
| 11. Do you feel feverish or do you feel that you have a fever? | ☐ | ☒ | |
| 12. Do you have a cough or difficulty breathing? | ☐ | ☒ | |
| 13. Do you have nausea, vomiting, or diarrhea? | ☐ | ☒ | |

### ADDITIONAL AGENT/OFFICER OBSERVATIONS

Are there any other observations or concerns? Examples are: disorientation, bruising/bleeding, yellow eyes/skin, environm related illness (heat stroke, hypothermia, sever dehydration)

### MEDICAL ASSESSMENT REFERRAL

Was the alien referred for a Medical Assessment? ☒ Yes ☐ No

CBP Form 2500 (9/19)

U.S. Department of Homeland Security

Subject ID: 381912649

# Record of Deportable/Inadmissible Alien

| | | | |
|---|---|---|---|
| Sex | Hair | Eyes | Cmplxn |
| M | BLK | BRO | FAR |

| Height | Weight | Occupation |
|---|---|---|
| 72 | 200 | LABORER |

Family Name (CAPS) **KHAIDAPOV, RANZHIN** — First — Middle

Country of Citizenship **RUSSIA**

Passport Number and Country of Issue **517383265, RUSSIA**

File Number **CASE No:YUS2312000513 A246 255 136**

Scars and Marks **None Indicated**

U.S. Address **2218 S GOEBBERT RD APT 187 ARLINGTON HEIGHTS, ILLINOIS, 60005-4273**

F.B.I. Number **THR719PAR**

☐ Single
☐ Divorced ☒ Married
☐ Widower ☐ Separated

Date, Place, Time, and Manner **12/09/2022, 0600** (b)(7)(E)

Passenger Boarded at

Method of Location/Apprehension **PB**

Number, Street, City, Province (State) and Country of Permanent Residence **FAILED TO PROVIDE RUSSIA, RUSSIA**

At/Near **SAN LUIS, AZ**

Date/Hour **12/09/2022 1311**

Date of Action **12/11/2022**

Location Code **YUM/YUS**

Date of Birth **03/01/1987**  Age: **35**

AR ☒  Form: (Type and No.) Lifted ☐ Not Lifted ☐ (b)(7)(C) (b)(6)

City, Province (State) and Country of Birth **RUSSIA, RUSSIA**

Social Security Account Name

Status at Entry **PWA Mexico**

Status When Found **TRAVEL/SEEKI G**

NIV Issuing Post and NIV Number

Social Security Number

Length of Time Illegally in U.S. **AT ENTRY**

Date Visa Issued

Immigration Record **NEGATIVE**

Criminal Record **None Known**

Number and Nationality of Minor Children **1 - RUSSIA**

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) **See Narrative**

Mother's Present and Maiden Names, Nationality, and Address, if Known **See Narrative**

Father's Name, Nationality, and Address, if Known **See Narrative**

Monies Due/Property in U.S. Not in Immediate Possession **None Claimed**

Fingerprinted? ☐ Yes ☐ No

Systems Checks **See Narrative**

Charge Code Words(s)

Name and Address of (Last)(Current) U.S. Employer

Type of Employment

Salary Hr  Employed from/to

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

**FINS #:1330451251**    **I77 #:10781472**

**DNA Envelope #:F1295048**

**Family Unit/Group #:FMU2312008556**

Left Index Print

Right Index Print

Alien has been advised of communication privileges  **12/11/202**

Distribution:

Received

Officer

on:

Dispos

Exam

Form I-213 (Rev. 0

(b)(7)(c) (b)(6)



Continuation Page for Form ___

**U.S. Department of Homeland Security**

| | | |
|---|---|---|
| Alien's Name KHAIDAPOV, RANZHIN | File Number A246 255 136 Event No:YUS2312000513 | Date 12/11/2022 |

(b)(7)(c) (b)(6)  (b)(7)(E)

| Signature | | Title |
|---|---|---|
| | | Border Patrol Ag |

(b)(7)(c)  (b)(6)

2 ___ of ___

PAGE WITHHELD PURSUANT TO (b)(7)(E)



РОССИЙСКАЯ ФЕДЕРАЦИЯ

ПАСПОРТ/ PASSPORT

Тип/ Type
P

Код государства / Code of issuing State
RUS

№ паспорта / Passport No.
51№7383265

Фамилия / Surname
ХАЙДАПОВ /
KHAIDAPOV

Имя / Given names
РАНЖИН ЛЬВОВИЧ /
RANZHIN

Гражданство / Nationality
РОССИЙСКАЯ / RUSSIAN
ФЕДЕРАЦИЯ / FEDERATION

Дата рождения / Date of birth
01.03.1987

Личный код / Personal No.

Место рождения / Place of birth
БУРЯТСКАЯ АССР / USSR

Пол / Sex
M / M

Дата выдачи / Date of issue
11.11.2022

Дата окончания срока действия / Date of expiry
11.11.2027

Орган, выдавший документ / Authority
ПОСОЛЬСТВО РОССИИ, МОНГОЛИЯ

P<RUSKHAIDAPOV<<RANZHIN<<<<<<<<<<<<<<<<<<<<<<<
5173832650RUS8703019M2711117<<<<<<<<<<<<<<<6

FMU

X3

Part II  BAGGAGE CHECK

S13

10781472

FINS #:1330451251

Subject ID:381912649

Event No:YUS23120

| 1. FAMILY NAME (Capital Letters) | First Name | Middle Name | 2. Age | 3. Country of Citizenship |
|---|---|---|---|---|
| KHAIDAPOV, RANZHIN | | | 35 | RUSSIA |

| 4. Alias | 5. Date Apprehended | 6. Office |
|---|---|---|
| | December 09, 2022 | YUM/YUS |

| 7. Birth Date 03/01/1987 | 8. Birth Place RUSSIA, RUSSIA |
|---|---|

| 9. Sex ☒ Male  ☐ Female | 10. OSC/WA Served ☒ Yes  ☐ No  (Explain) |
|---|---|

| 11. File Number A246 255 136 | 12. Bond $  Date Posted |
|---|---|

| 13. CINS ☐ Yes  ☒ No | 14 Medical Alert  ☐ No  ☐ Yes  (Explain) |
|---|---|

14 A.

| 15. TRANSFER DATE | FROM | TO |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 16. ADMITTED BY: | 19. RELEASED TO: ☐ V/R  ☐ Deport | 22. Rt. Index Print – In | 23. Rt. Index Print - C |
|---|---|---|---|
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | |
| 18. DATE ADMITTED: | 21. DATE RELEASED: | | |

24. Remarks: See I-831

FORM I-385 (08/01/07)           ALIEN BOOKING RECORD
UNITED STATES DEPARTMENT OF HOMELAND SECURITY



**U.S. Immigration and Customs Enforcement**

**One Year Asylum Application Deadline:** If you believe you may be eligible for asylum must file Form I-589, Application for Asylum and for Withholding of Removal. The Form instructions, and information on where to file the Form can be found at www.uscis.gov/ Failure to file Form I-589 within one year of arrival may bar you from eligibility to apply asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

# Reporting to ICE after Release into the United States



U.S. Customs and Border Protection (CBP) releases some people with instructions to report to U.S. Immigration and Customs Enforcement (ICE) for continued processing. This document explains the general process you may encounter when reporting to ICE. It is not intended to provide legal advice or replace the information included in the forms referenced below. You need to review ALL your paperwork and understand your reporting obligations.

## Step 1. Read and Review Your Forms

### Form I-385 Request to Report

CBP provided you a form with your personal information, fingerprint, and picture. The second page of this form instructs you to report to the ICE office nearest your destination within 60 days.

### DHS Form PD G-56 "Call-in Letter"

DHS Form PD G-56, or Call-in Letter, states that you are required to check-in with ICE officer. Your PD G-56 instructs you to report to your local ICE Office within 60 days of arrival into the United States.

On the back of this sheet is a list of offices, but you are encouraged to call 1-888-351-4024 to confirm the closest location for you to report.

## Step 2. Report to the ICE Field Office and to Immigration Court

### WHERE AND WHEN DO YOU REPORT?

#### Reporting to ICE

**Check-In Appointment**. The middle section of your Form PD G-56 (see below) provides information about how to report to ICE. ICE recommends that you schedule your appointment online by visiting www.ice.gov/check-in. You will need to use the **Subject ID** and **Country of Birth** entered on your I-385 form. You can call the following toll-free number for assistance: **1-888-351-4024**.

ICE will review your case and may require you to appear before an immigration court.

You may receive a Notice to Appear (NTA) in immigration court.

#### Reporting for Immigration Court

**Court Hearing.** You may receive information by mail from the immigration court which will include a court address, room number, date, and time for your appearance in front of an Immigration Judge. You can call the Executive Office of Immigration Review (EOIR) at **1-800-898-7180** if you are unsure of your next court date.



If you fail to appear for your immigration court hearing, you may be ordered removed from the United States in your absence.

| | |
|---|---|
| Please present this notice to your local ICE office upon request | |
| OFFICE LOCATION | ICE Field Offices are listed on the attached document entitled "ICE Field Offices." Please call 1-888-351-4024 if you need assistance in locating or reporting to your local ICE office. |
| DEADLINE | You must report your local ICE office within 60 days of release. |
| REQUEST | ICE Deportation Officer for continued processing and consideration for enrollment in ATD. |
| REASON FOR APPOINTMENT | You have been released in the discretion of U.S. Customs and Border Protection in the United States and are now required to contact your local ICE Field Office to complete processing.

Contacting ICE will ensure that DHS has your address and contact information up to date. Once you contact ICE for the first time, ICE will evaluate how you can meet the continuing filing requirements which may include in-person reporting. Failure to contact the local ICE office may lead to you being taken into custody or placed on additional forms of supervision or monitoring. |
| BRING WITH YOU | Identification document (birth certificate, government-issued identity documents such as a driver's license or cédula) and all immigration documents. |

FAILURE TO CONTACT THE LOCAL ICE OFFICE AS INSTRUCTED MAY RESULT IN YOUR ARREST AND/OR A LOSS OF THE RIGHT TO ANY POSSIBLE RELIEF. THANK YOU FOR YOUR COOPERATION.

## Step 3. Comply with the Conditions of Your Release

### YOU MUST COMPLY WITH THE CONDITIONS OF YOUR RELEASE

You must review and comply with all conditions of your release, including reporting to the ICE office within 60 days.

To schedule your ICE check-in appointment, please visit www.ice.gov/check-in. You will need to use the Subject ID and Country of Birth entered on your I-385 form. You may also contact the appropriate ICE Field Office using the contact information on the back of this flyer.



It is important to notify ICE and the immigration court of any change in address. If ICE and the immigration court do not have your current address, you may not receive important information about your case and may be detained and/or ordered removed from the United States. You must notify ICE and the Immigration court separately.



**QUESTIONS?** If you are unsure about the closest ICE reporting office, or you have trouble connecting with the Field Office, including access to an interpreter, you may call ICE toll-free at **1-888-351-4024**.





U.S. Immigration
and Customs
Enforcement

# ICE Field Offices

## Atlanta

| | |
|---|---|
| Atlanta Field Office<br>180 Ted Turner Dr. SW<br>Atlanta, GA 30303 | ☎ (404) 893-1210<br>📧 Atlanta.Outreach@ice.dhs.gov |

## Baltimore

| | |
|---|---|
| Baltimore Field Office<br>31 Hopkins Plaza, 6th Floor<br>Baltimore, MD 21201 | ☎ (410) 637-4000<br>📧 Baltimore.Outreach@ice.dhs.gov |

## Buffalo

| | |
|---|---|
| Buffalo Field Office<br>250 Delaware Avenue, Floor 7<br>Buffalo, NY 14202 | ☎ (716) 464-5800<br>📧 Buffalo.Outreach@ice.dhs.gov |

## Burlington (Boston)

| | |
|---|---|
| Boston Field Office<br>1000 District Avenue<br>Burlington, MA 01803 | ☎ (781) 359-7600<br>📧 Boston.Outreach@ice.dhs.gov |

## Centennial (Denver)

| | |
|---|---|
| Denver Field Office<br>12445 E. Caley Avenue<br>Centennial, CO 80111 | ☎ (720) 873-2899<br>📧 Denver.Outreach@ice.dhs.gov |

## Chicago

| | |
|---|---|
| Chicago Field Office<br>101 W Ida B Wells Drive, Suite 4000<br>Chicago, IL 60605 | ☎ (312) 347-2400<br>📧 Chicago.Outreach@ice.dhs.gov |

## Dallas

| | |
|---|---|
| Dallas Field Office<br>8101 N. Stemmons Frwy<br>Dallas, TX 75247 | ☎ (214) 424-7800<br>📧 Dallas.Outreach@ice.dhs.gov |

## Detroit

| | |
|---|---|
| Detroit Field Office<br>260 Mt. Elliott St<br>Detroit, MI 48207 | ☎ (313) 394-2500<br>📧 Detroit.Outreach@ice.dhs.gov |

## El Paso

| | |
|---|---|
| El Paso Field Office<br>8915 Montana Avenue<br>El Paso, TX 79925 | ☎ (915) 549-0329<br>📧 ElPaso.Outreach@ice.dhs.gov |

## Fairfax (Washington, DC)

| | |
|---|---|
| Washington Field Office<br>2675 Prosperity Avenue, 3rd Floor<br>Fairfax, VA 20598-5216 | ☎ (703) 285-6200<br>📧 Washington.Outreach@ice.dhs.gov |

## Fort Snelling (St. Paul)

| | |
|---|---|
| St Paul Field Office<br>1 Federal Drive, Suite 1640<br>Fort Snelling, MN 55111 | ☎ (612) 843-8600<br>📧 StPaul.Outreach@ice.dhs.gov |

## Houston

| | |
|---|---|
| Houston Field Office<br>126 Northpoint Drive<br>Houston, TX 77060 | ☎ (281) 774-5964<br>📧 Houston.Outreach@ice.dhs.gov |

## Los Angeles

| | |
|---|---|
| Los Angeles Field Office<br>300 North Los Angeles St., Rm 7621<br>Los Angeles, CA 90012 | ☎ (213) 830-7911<br>📧 LosAngeles.Outreach@ice.dh |

## Miami

| | |
|---|---|
| Miami Field Office<br>2805 South 145th Avenue<br>Miramar, FL 33027 | ☎ (954) 843-5800<br>📧 Miami.Outreach@ice.dhs.gov |

## New Orleans

| | |
|---|---|
| New Orleans Field Office<br>1250 Poydras, Suite 350<br>New Orleans, LA 70113 | ☎ (504) 599-7800<br>📧 NewOrleans.Outreach@ice.dh |

## New York

| | |
|---|---|
| New York City Field Office<br>26 Federal Plaza, 9th FL, STE 9-110<br>New York, NY 10278 | ☎ (212) 436-9315<br>📧 NewYork.Outreach@ice.dhs.gov |

## Newark

| | |
|---|---|
| Newark Field Office<br>970 Broad St. 11th Floor<br>Newark, NJ 07102 | ☎ (973) 776-3666<br>📧 Newark.Outreach@ice.dhs.gov |

## Philadelphia

| | |
|---|---|
| Philadelphia Field Office<br>114 North 8th Street<br>Philadelphia, PA 19107 | ☎ (215) 656-7164<br>📧 Philadelphia.Outreach@ice.dhs |

## Phoenix

| | | |
|---|---|---|
| Phoenix<br>2035 N. Central Ave<br>Phoenix, AZ 85004 | Tucson<br>6431 S. Country Club Rd<br>Tucson, AZ 85706 | ☎ (602) 257-5900<br>📧 Phoenix.Outreach@ice.dhs.gov |

## San Antonio

| | | |
|---|---|---|
| San Antonio<br>3523 Crosspoint Drive<br>San Antonio, TX 78217 | Harlingen<br>1717 Zoy Street<br>Harlingen, TX 78552 | ☎ SA: (210) 564-3300 \| H: (956) 389-7...<br>📧 SanAntonio.Outreach@ice.dhs.c |

## San Diego

| | |
|---|---|
| San Diego Field Office<br>880 Front Street, #2242<br>San Diego, CA 92101 | ☎ (619) 436-0410<br>📧 SanDiego.Outreach@ice.gov |

## San Francisco

| | |
|---|---|
| San Francisco Field Office<br>630 Sansome Street, Rm 548<br>San Francisco, CA 94111 | ☎ (415) 844-5551<br>📧 SanFrancisco.Outreach@ice.dhs. |

## Seattle

| | |
|---|---|
| Seattle Field Office<br>12500 Tukwila International Blvd 4th Floor<br>Seattle, WA 98168 | ☎ (206) 835-0650<br>📧 Seattle.Outreach@ice.dhs.gov |

## West Valley City (Salt Lake City)

| | |
|---|---|
| Salt Lake City Field Office<br>2975 Decker Lake Drive, Suite 100<br>West Valley City, UT 84119-6096 | ☎ (801) 886-7400<br>📧 SaltLakeCity.Outreach@ice.dhs.g |

| CONTROL Name (Last, First, Middle) KHAIDAPOV, RAMZHIN | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Birthdate 03/01/1987 | | Age 35 | Marital Status ☐ Single ☐ Separated | ☐ Widowed ☒ Married ☐ Divorced | | File Number YU82312000513 | | A246 255 136 |
|---|---|---|---|---|---|---|---|---|

| Sex M | Hair BLK | Eyes BRO | Complexion FAR | Height 72 | Weight 200 | Scars or Marks None Indicated |
|---|---|---|---|---|---|---|

| U.S. Address/Mail (Number) (Street) (City) (State) (ZIP CODE) 2218 S GOEBBERT RD APT 187 ARLINGTON HEIGHTS, ILLINOIS 600054273 |
|---|

| Alien's Telephone # (847) 510-8763 | Date of Action 12/11/2022 | Location Code YUS |
|---|---|---|

| City, Province (State) and Country of Birth RUSSIA, RUSSIA | Country of Citizenship RUSSIA |
|---|---|

| Date, Place, Time, and Manner of Last Entry/Attempted Entry 12/09/2022, 0600, 11 mile(s) NE of BLU, AFOOT | Status at Entry PWA Mexico |
|---|---|

| Foreign Address/Residence (Number, Street, City, Province (State), Country) FAILED TO PROVIDE RUSSIA RUSSIA |
|---|

| Method of Location/Apprehension PB UNKNOWN | (At/Near) SAN LUIS, AZ | Date & Hour 12/09/2022 1311 |
|---|---|---|

DEPARTMENT OF HOMELAND SECURITY
PAROLED
Until 02/4/23
Purpose:
(Location)
DEPARTMENT OF HOMELAND SEC

(b)(6)

You are required to retain this permit in your possession
and to surrender it to the transportation line at the time of
your departure unless you depart over the land border of
the United States in which case you must surrender it to a
Canadian immigration officer on the Canadian border, or to
a United States Immigration officer of the Mexican
border.

**DEPARTURE RECORD**

**Port:**

**Date:**

**Manner:**

**Country of**
**Destination :**

UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Form Approved OMB No. 43-R0496

ARRIVAL - DEPARTURE RECORD

Form I-94 (Rev. 08/01/07)

U.S. Department of Homeland Security        Continuation Page for Form     I385

| Alien's Name<br>KHAIDAPOV, RANZHIN | File Number<br>A246 255 136<br>Event No:YUS2312000513 | Date<br>December 11, 2022 |
|---|---|---|

24. REMARK
------------------------

AS A CONDITION OF YOUR PAROLE, YOU ARE TO REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS OR FACE REMOVAL FROM THE UNITED STATES. VISIT WWW. ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.

| Signat | (b)(7)(c) (b)(6) | Title |
|---|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)



DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

**PD G-56**

File Number: A246 255 136     DOB: 03/01/1987

Name: RANZHIN  KHAIDAPOV

Date: 12/11/2022

Home Address: 2218 S GOEBBERT RD APT 187 ARLINGTON HEIGHTS, ILLINOIS 600054273

**Please present this notice to your local ICE office upon request**

| OFFICE LOCATION | ICE Field Offices are listed on the attached document entitled "*ICE Field Offices*." Please call 1-888-351-4024 if you need assistance in locating or reporting to your local ICE office. |
| --- | --- |
| DEADLINE | You must report your local ICE office within 60 days of release. |
| REQUEST | ICE Deportation Officer for continued processing and consideration for enrollment in ATD. |
| REASON FOR APPOINTMENT | You have been released in the discretion of U.S. Customs and Border Protection in the United States and are now required to contact your local ICE Field Office to complete processing.<br><br>Contacting ICE will ensure that DHS has your address and contact information up to date. Once you contact ICE for the first time, ICE will evaluate how you can meet the continuing filing requirements which may include in-person reporting. Failure to contact the local ICE office may lead to you being taken into custody or placed on additional forms of supervision or monitoring. |
| BRING WITH YOU | Identification document (birth certificate, government-issued identity documents such as a driver's license or cédula) and all immigration documents. |

**FAILURE TO CONTACT THE LOCAL ICE OFFICE AS INSTRUCTED MAY RESULT IN YOUR ARREST AND/OR A LOSS OF THE RIGHT TO ANY POSSIBLE RELIEF. THANK YOU FOR YOUR COOPERATION.**