# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Ranzhin KHAIDAPOV

                          Plaintiff,

v.                                                     Case No.: 1:26–cv–01739
                                              Honorable Georgia N. Alexakis

Pam Bondi, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 26, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons set forth in the accompanying order, the Court grants Ranzhin Khaidapov's petition for writ of habeas corpus. [1]. Enter Order. Because the Court grants the habeas petition, Khaidapov's motion for a temporary restraining order [4] is denied as moot. The Court orders the government to provide Khaidapov with a release hearing under § 1226(a) within five days of the judgment entered in this case or otherwise to release him. The Clerk of Court is directed to add Brinson Swearingen as a Respondent in his official capacity as Sheriff for Clay County, Indiana. Respondents Pam Bondi, Attorney General of the United States; Kristi Noem, Secretary of U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement; United States Immigration and Customs Enforcement; and Samuel Olson, Field Office Director, ICE Enforcement and Removal Operations, Chicago Field Office are dismissed. The Court declines to issue attorney's fees. Because this order provides the full relief to which Khaidapov is entitled, the Clerk shall enter a final judgment order in favor of petitioner and terminate this civil case. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.